Divorce—confessions not evidence—words not extreme cruelty.

The confessions of the parties in a divorce case cannot be received as evidence.

Where the husband says to his wife, who resolves no longer to live with him, that if she go, and afterwards get any thing on his account he will kill her, that is not extreme cruelty in him.

DIVORCE. Cause extreme cruelty. It was in proof, that the parties were married in Indiana, seven years ago, and lived together two or three years. She complained of ill treatment, and *said*, she thought her life was in danger from ill usage and excessive work, when she resolved to leave him, and told him so. He told her, if, after she went, she got any thing on his account, he would kill her. She has since supported herself by mantuamaking.

BY THE COURT. The statute expressly prohibits the granting a divorce on the confession of either party. Without the declarations of the petitioner, there is no proof in this case of ill usage or cruelty.

---

## LEVI SCROGGINS v. JANE SCROGGINS.

Divorce—adultery—occupying the same room and bed.

Where a man occupy the same room with another's wife, with but one bed, for eight or nine months, adultery may be presumed.

DIVORCE. Cause wilful absence, and adultery with Moses Bane, and another person, name unknown. It was proven, that the parties came from Pittsburg to Cincinnati, in the spring of 1826, and lived as man and wife. About five years ago, she left, without any known cause, passed by the name of Beggs, and had lived with Moses Bane, as his *intended wife*. They occupied the *same* room, with *one bed*, eight or nine months. The plaintiff's character is good.

Divorce decreed.